**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES**

Case No: __23-5886__    Case Manager: __Leon T. Korotko__

Case Name: __CIC Services, LLC v.Internal Revenue Service, et al.__

Is this case a cross appeal?    ☐ Yes    ☑ No
Has this case or a related one been before this court previously?    ☑ Yes    ☐ No
If yes, state:
  Case Name: __CIC Services, LLC v. IRS__    Citation: __18-5019, 22-5666, 22-5667__
  Was that case mediated through the court's program?    ☐ Yes    ☑ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

CIC Services, LLC is the plaintiff-appellee in case no. 23-5886 against the defendants-appellants Internal Revenue Service, Department of the Treasury, and United States of America (collectively, "the IRS").

On appeal, CIC Services, LLC proposes to raise the following issue:

(1) Whether the District Court erred in denying plaintiff-appellant's motion for attorney fees under the Equal Access to Justice Act, 28 U.S.C. Section 2412(d).

**This is to certify that a copy of this statement was served on opposing counsel of record this __26__ day of**

_____October__, __2023___ .        __/s/ Adam R. Webber__
                                                Name of Counsel for Appellant

6CA 53
Rev. 6/08